# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

May 16, 2024

VIA ECF

Judge Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:     *TufAmerica, Inc. v. Universal Music Publishing, Inc.*, 1:24-cv-02585-DEH

Dear Judge Ho:

I am counsel to Plaintiff TufAmerica, Inc.  On April 10, 2024 (ECF 8), the Court scheduled the Initial Pretrial Conference for May 29, 2024 at 3:00 p.m.  I am unavailable at that date and time due to previously-scheduled travel.  In addition, although Defendant has yet to be served or appear in this matter, I am in contact with in-house counsel for Defendant and we have been discussing the potential for settlement.

For those reasons, I am writing, in accordance with Part 2.e. of Your Honor's Individual Practices and Rules, to respectfully request adjournment of the conference to one of the following dates, subject to the Court's availability: June 5, 7, 10, 11 or 14, 2024.  There have been no previous requests for adjournment of the conference, and there are no other appearances currently scheduled.

Respectfully submitted,

Hillel I. Parness

Application **GRANTED**.  The initial pretrial conference is **ADJOURNED** from May 29, 2024, to **June 14, 2024, at 2:00 P.M. EST.**  The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 924 732 025, followed by the pound sign (#).  The parties shall file the required joint status letter and proposed case management plan by **June 6, 2024.**  So Ordered.

Dale E. Ho
United States District Judge
Dated: May 20, 2024
New York, New York