# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

June 6, 2024

VIA ECF

Judge Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *TufAmerica, Inc. v. Universal Music Publishing, Inc.*, 1:24-cv-02585-DEH

Dear Judge Ho:

I am counsel to Plaintiff TufAmerica, Inc. On April 10, 2024 (ECF 8), the Court scheduled the Initial Pretrial Conference for May 29, 2024 at 3:00 p.m. On May 20, 2024, the Court granted Plaintiff's *ex parte* request to adjourn the conference, rescheduling said conference for June 14, 2024. ECF 9-10.

It is still the case that Defendant has yet to be served (Fed. R. Civ. P. 4(m) requires service by July 3, 2024) or to appear in this matter, and it is also the case that I am in ongoing discussions with in-house counsel for Defendant regarding potential settlement.

For those reasons, I am writing, in accordance with Part 2.e. of Your Honor's Individual Practices and Rules, to respectfully request a further adjournment of the June 14, 2024 conference to one of the following dates, subject to the Court's availability: July 15, 16, 17, 18 or 19. As noted above, there has been one previous request for adjournment of the conference, which was granted, and there are no other appearances currently scheduled.

Respectfully submitted,

Hillel I. Parness

**Application GRANTED. The initial pretrial conference is ADJOURNED from June 14, 2024, to July 17, 2024, at 3:00 P.M. EST. The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 924 732 025, followed by the pound sign (#). The parties shall file the required pretrial materials by July 10, 2024. In light of Plaintiff's representations that it is in communication with Defendant, further extensions will not be granted absent a showing of compelling circumstances. So Ordered.**

**The Clerk of Court is respectfully directed to close the motion at ECF No. 11.**

Dale E. Ho
United States District Judge

Dated: June 7, 2024
New York, New York