UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUFAMERICA, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNIVERSAL MUSIC PUBLISHING, INC.,<br><br>                    Defendant. | 24 Civ. 2585 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On August 28, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for September 4, 2024. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED**. If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.

The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: August 29, 2024
       New York, New York

*[signature]*
_____
DALE E. HO
United States District Judge