UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUFAMERICA, INC., <br><br>       Plaintiff, <br><br>  v. <br><br>UNIVERSAL MUSIC PUBLISHING, INC., <br><br>       Defendant. | 24 Civ. 2585 (DEH) <br><br>**ORDER** |

DALE E. HO, United States District Judge:

  On August 28, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for September 4, 2024. No significant issues were presented in the parties' materials.

  It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED**. If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.

  The case management plan and scheduling order will issue separately.

  SO ORDERED.

Dated: August 29, 2024
    New York, New York

                       DALE E. HO
                       United States District Judge