UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TUFAMERICA, INC. d/b/a TUFF CITY
RECORDS,                                                       :

                Plaintiff,                                :   Case No. 1:24-cv-2585-DEH

                v.                                         :

SONGS OF UNIVERSAL, INC.,                                      :

                Defendant.                                :
---------------------------------------------------------------x

## DECLARATION OF LAWRENCE FERRARA, Ph.D

LAWRENCE FERRARA, Ph.D., pursuant to 28 U.S.C. § 1746, declares as follows:

      1.      I am Professor of Music and Director Emeritus of all studies (B.M. through Ph.D.) in Music and the Performing Arts in New York University's Steinhardt School. I have written and co-written published books and articles (in peer-reviewed journals) regarding music analysis, methodologies in music research, and other scholarly areas related to music. I sit on editorial boards of peer-reviewed journals. I have provided analyses and opinions in connection with music copyright issues for more than 25 years. I submit this declaration in support of Defendant Songs of Universal, Inc.'s Motion to Dismiss the Complaint filed by Plaintiff TufAmerica, Inc. d/b/a Tuff City Records. This declaration is based on my personal knowledge of the matters discussed herein.

      2.      Using the computer music notation software Sibelius, I created the below comparative musical transcriptions of the portions of the compositions at issue in "Impeach the President," "Top Billin'", and "Real Love." Starting times of the relevant portions are in the left margins of each tripartite transcription below:



3. The relevant drum legend that applies to this transcription is below:



4. As shown in both tripartite transcriptions above, while the kick drum and snare drum rhythms in the *compositions* in "Top Billin'" and "Real Love" are identical, the kick drum and snare drum rhythms in "Impeach the President" are different. In addition, the newly created hi-hat rhythms in "Real Love" are different from the hi-hat rhythms in both "Top Billin'" and "Impeach the President."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED ON NOVEMBER 8, 2024 AT NEW YORK, NEW YORK.

                                                                                         _____

By: Lawrence Ferrara, Ph.D.
For: Lawrence Ferrara, Inc.