UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TUFAMERICA, INC. d/b/a TUFF CITY
RECORDS,                                                :

                Plaintiff,                    :    Case No. 1:24-cv-2585-DEH

                   v.                            :

SONGS OF UNIVERSAL, INC.,                :

               Defendant.               :
-------------------------------------------------------------x

## DECLARATION OF JOELLE A. MILOV IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

1.     I am an attorney at Cowan, Liebowitz & Latman, P.C., attorneys for Defendant Songs of Universal, Inc. ("Defendant").  I submit this declaration in support of Defendant's Motion to Dismiss the Complaint filed by Plaintiff TufAmerica, Inc. d/b/a Tuff City Records.  This declaration is based on my personal knowledge of the events and matters discussed herein.

2.     Attached hereto as <u>Exhibit A</u> is a true and correct copy of the song "Impeach the President" performed by The Honey Drippers.  Pursuant to Rule I.C of Your Honor's Individual Rules and Practices in Civil Cases, following the electronic filing of this motion, Defendant will request a link to upload the mp3 file of the song by electronic file transfer protocol.

3.     Attached hereto as <u>Exhibit B</u> is a true and correct copy of the song "Real Love" performed by Mary J. Blige.  Pursuant to Rule I.C of Your Honor's Individual Rules and Practices in Civil Cases, following the electronic filing of this motion, Defendant will request a link to upload the mp3 file of the song by electronic file transfer protocol.

4.     Attached as <u>Exhibit C</u> is a true and correct copy of a printout from *Billboard Magazine*'s website concerning Mary J. Blige.

5.     Attached as <u>Exhibit D</u> is a true and correct copy of a printout from the Recording

Academy's Grammy Awards website concerning Mary J. Blige.

6.    Attached as <u>Exhibit E</u> is a true and correct copy of a printout from the United States Copyright Office concerning the registration of the composition of "Real Love," recorded as Copyright Registration Number PA0001928877.

7.    Attached as <u>Exhibit F</u> is a true and correct copy of a printout from the Recording Industry Association concerning Mary J. Blige's album, *What's the 411*.

8.    Attached as <u>Exhibit G</u> is a true and correct copy of a printout from the Recording Industry Association concerning Mary J. Blige's single, "Real Love."

9.    Attached as <u>Exhibit H</u> is a true and correct copy of a printout from *Billboard Magazine*'s website concerning the "Billboard Hot 100" on December 5, 1992.

10.   Attached as <u>Exhibit I</u> is a true and correct copy of a printout of a portion of a February 16, 2024 article, "The 500 Greatest Songs of All Time," published by *Rolling Stone*.

11.   Attached as <u>Exhibit J</u> are true and correct redacted excerpts of an agreement between TufAmerica, Inc. and UMG Recordings, Inc. ("UMG").  An unredacted copy of the excerpts are being filed with Defendant and Non-Party UMG's Motion to Seal that is being filed contemporaneously with Defendant's Motion to Dismiss.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED ON NOVEMBER 12, 2024 AT PITTSBURGH, PENNSYLVANIA.

_____

Joelle A. Milov

29988/008/4748629