# EXHIBIT A

Copy of the song "Impeach the President" performed by The Honey Drippers. Pursuant to Rule I.C of Your Honor's Individual Rules and Practices in Civil Cases, following the electronic filing of this motion, Defendant will request a link to upload the mp3 file of the song by electronic file transfer protocol.

29988/008/4721725