UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TUFAMERICA, INC.,

                Plaintiff,

-against-                              24 **CIVIL** 2585 (DEH)

                                        **JUDGMENT**

UNIVERSAL MUSIC PUBLISHING, INC,

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 23, 2025, Defendant's Motion to Dismiss is GRANTED. Under Rule 15, "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). That said, courts may deny leave to amend in cases of futility. See, e.g., Foman v. Davis, 371 U.S. 178, 182 (1962). "Futility arises when a proposed amended complaint could not withstand a motion to dismiss." Singh v. Deloitte LLP, 123 F.4th 88, 93 (2d Cir. 2024). Here, amendment would be futile because TufAmerica cannot plead facts sufficient to establish the "substantial similarity" between "Impeach the President" and "Real Love." Therefore, this case is DISMISSED WITH PREJUDICE; accordingly, the case is closed.

**Dated:**  New York, New York

          September 23, 2025

                                                **TAMMI M. HELLWIG**

                                                  **Clerk of Court**

                        **BY:**

                                                  **Deputy Clerk**