UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TUFAMERICA, INC.,

       Plaintiff,

    v.

UNIVERSAL MUSIC PUBLISHING, INC.,

       Defendant.
------------------------------------------------------------ X

Index No. 24-cv-2585-DEH

**NOTICE OF APPEAL**

    Notice is hereby given that Plaintiff TufAmerica, Inc. hereby appeals to the United States Court of Appeals for the Second Circuit from, *inter alia*, the September 23, 2025 Opinion and Order (ECF 71) and September 23, 2025 Judgment (ECF 72).[1]

Dated: New York, New York
       September 29, 2025

Respectfully submitted,

  /s/ Hillel I. Parness
Hillel I. Parness
PARNESS LAW FIRM, PLLC
136 Madison Ave., 6th Floor
New York, New York 10016
212-447-5299
hip@hiplaw.com
*Attorneys for Plaintiff TufAmerica, Inc.*

---

[1] "The notice of appeal encompasses all orders that, for purposes of appeal, merge into the designated judgment or appealable order. It is not necessary to designate those orders in the notice of appeal." Fed. R. App. P. 3(c)(4).